**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC.<br><br>          Plaintiff,<br>     vs.<br>OAKHURST LODGE, et al.,<br>          Defendants.<br>_____/ | CASE NO. CV F 12-0854 LJO BAM<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 30.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Chetankumar Patel only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   December 19, 2012**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1